IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAADIR HANIF ABDUL-ALI,<br>　　　Petitioner, | :<br>:<br>: |
| 　　　　　　v. | :　　CIVIL ACTION NO.  24-1706<br>: |
| DAVID CLOSE, *et al.*,<br>　　　Respondents. | :<br>: |

## ORDER

**AND NOW** this 15th day of August, 2024, upon independent consideration of the Petition for Writ of Habeas Corpus, together with any response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, as well as the lack of objections thereto, it is hereby **ORDERED** as follows:

　　1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

　　2. The Petition for Writ of Habeas Corpus (ECF No. 2) is **DISMISSED** without prejudice to allow Petitioner the opportunity to exhaust his state court remedies;

　　3. There is no basis to issue a certificate of appealability; and

　　4. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Schmehl
　　　　　　　　　　　　　　　　　JEFFREY L. SCHMEHL, J.